USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Dilenia Paguada,

                            Plaintiff,                      20-cv-7951 (AJN)

            -v-                                       ORDER

Altex Electronics, LTD.,

                            Defendant.

-----------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      As noted in Dkt. No. 5, the parties were to have submitted a joint letter and a proposed case management plan no later than one week before the initial pretrial conference. As of the date of this Order, the Court has not received these documents. The parties are hereby ORDERED to submit the materials described in Dkt. No. 5 by no later than January 12, 2021.

      **In the joint letter, the parties should <u>advise the Court if they can do without a conference altogether</u>**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: January 11, 2021
       New York, New York

                                                  ALISON J. NATHAN
                                                United States District Judge