**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 United States

◆◆ **Salans FMC SNR Denton McKenna Long**
dentons.com

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021
```

April 26, 2021

**VIA ECF**

The Honorable Alison J. Nathan
Southern District of New York
United States Courthouse, Thurgood Marshall
40 Foley Square
New York, NY 10007

> The Court hereby ORDERS that this matter be stayed. The parties are ORDERED to submit a status update by June 10, 2021.
> SO ORDERED.
>
> */s/ Alison J. Nathan*
> 4/27/2021

Re:     *Paguada v. Altex Electronics, Ltd.*: Case No. 20-cv-07951-AJN

Dear Judge Nathan:

We represent defendant Altex Electronics, Ltd. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from April 26, 2021 to June 10, 2021.

The requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:     All counsel of record (by ECF)

118101895