**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

ALTEX ELECTRONICS, LTD,

                Defendant.



Case No. 1:20-cv-07951-AJN

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
              June 30, 2021

6/30/21

*[signature]*

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Respectfully submitted,

By: /s/ Mars Khaimov
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*